UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Ruth J. Ligon,                                   )<br>Plaintiff,   )<br>)<br>v.                    )<br>)<br>Carolyn W. Colvin,                       )<br>Acting Commissioner of Social Security,  )<br>Defendant.   )<br>) | **JUDGMENT**<br><br>No. 4:12-CV-47-D |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the conclusions in the M&R [D.E. 35]. Plaintiff's motion for judgment on the pleadings [D.E. 30] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 32] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S. C. § 405(g).

**This judgment filed and entered on May 24, 2013, and served on:**

Charlotte Williams Hall (Via CM/ECF Notice of Electronic Filing)
Derrick Kyle Arrowood (Via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (Via CM/ECF Notice of Electronic Filing)

May 24, 2013                                          /s/ Julie A. Richards,
                                                                  Clerk of Court